IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV367-MU

| | |
|---|---|
| FRANK JAMES LINEBERGER, Appellant, vs. DELORIS JEAN HENRY, Appellee. | ORDER |

    This matter is before the court upon its own motion. The Fourth Circuit Court of Appeals issued its mandate in this bankruptcy appeal on November 22, 2005, vacating this court's order affirming the bankruptcy court and remanding the case with instructions for further remand to the bankruptcy court. Accordingly, the court hereby REMANDS this matter to the bankruptcy court for further proceedings consistent with the Fourth Circuit's opinion in this case.

    IT IS SO ORDERED.

Signed: June 1, 2006

Graham C. Mullen
United States District Judge